PASQUALE D'AMBRA, Appellant, v. PHILIP RHINELANDER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  This court has already decided that the issues in the case are not the subject of compulsory reference of the issues.  (193

App. Div. 905.)    Mills, Rich, Blackmar and Jaycox, JJ., concur; Kelly, J., dissents.